UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
Arturo Estevez, individually, and on behalf of    :
all others similarly situated,                    :
:
                               Plaintiffs,    :        21-CV-8954 (VSB)
:
          -against-                :        **ORDER**
:
Yogaforce LLC,                                    :
                               Defendant.    :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       Plaintiff filed this action on November 1, 2021, (Doc. 1), and filed an affidavit of service on December 27, 2021, (Doc. 8). The deadline for Defendant to respond to Plaintiff's complaint was December 7, 2021. (*See* Doc. 8.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than February 15, 2022. If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    February 1, 2022
              New York, New York

                                                            _____
                                                              VERNON S. BRODERICK
                                                               United States District Judge